# SUPREME COURT OF INDIANA

| | | | |
|---|---|---|---|
| State v. Timbs | 62 N.E.3d 472 | 02/09/2017 | Transfer granted. |
| T.A. v. State | 62 N.E.3d 436 | 02/09/2017 | Transfer granted. Slaughter, J., did not participate in the decision of this matter. |
| Montgomery v. Montgomery | 59 N.E.3d 343 | 02/09/2017 | Transfer denied. Rucker, Massa, and Slaughter, JJ., concur. David, J., dissents with separate opinion in which Rush, C.J., joins. |
| State v. Basinger | 64 N.E.3d 1268 | 02/09/2017 | Transfer denied. All Justices concur, except Rush, C.J., and Massa, J., who vote to grant the Petition to Transfer. |
| Terex–Telelect Inc. v. Wade | 59 N.E.3d 298 | 02/09/2017 | Transfer denied. All Justices concur, except Slaughter, J., who did not participate in the decision of this matter. |
| Harmon v. State | 65 N.E.3d 647 | 02/09/2017 | Transfer denied. All Justices concur. |
| Hardy v. State | 20A05–1606–CR–1532 | 02/09/2017 | Transfer denied. All Justices concur. |
| State v. Dehaven | 62 N.E.3d 432 | 02/09/2017 | Transfer denied. All Justices concur. |
| Razi v. State | 66 N.E.3d 1010 | 02/09/2017 | Transfer denied. All Justices concur. |
| Green v. Robertson | 56 N.E.3d 682 | 02/09/2017 | Transfer denied. All Justices concur, except Rucker, J., who votes to grant the Petition to Transfer. |
| Jones v. State | 65 N.E.3d 645 | 02/09/2017 | Transfer denied. All Justices concur. |
| Ware v. State | 65 N.E.3d 648 | 02/09/2017 | Transfer denied. All Justices concur. |
| Schwartz v. State | 66 N.E.3d 1007 | 02/09/2017 | Transfer denied. All Justices concur. |
| Bush v. State | 66 N.E.3d 1011 | 02/09/2017 | Transfer denied. All Justices concur. |
| CHINS: J.K. v. Indiana Department of Child Services | 64 N.E.3d 1267 | 02/09/2017 | Transfer denied. All Justices concur. |
| Thomas v. State | 49A02–1604–CR–834 | 02/09/2017 | Transfer denied. All Justices concur. |
| Richards v. State | 65 N.E.3d 647 | 02/09/2017 | Transfer denied. All Justices concur. |